# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** **(For a Petty Offense)** |
| v. | CASE NUMBER:  06-mj-01009 |
| PAULINO MAPER | Janine Yunker (Defendant's Attorney) |

**THE DEFENDANT:**  Pleaded guilty to count 1 of the Information.

**ACCORDINGLY,**  the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC § 13 CRS § 42-4-1301(1)(a) | DRIVING UNDER THE INFLUENCE OF ALCOHOL | 8/28/05 | 1 |

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | **Assessment** | **Fine** |
|---|---|---|
| **Total:** | $25.00 | $300.00 |

1/13/06
Date of Imposition of Judgment

s/Craig B. Shaffer
Signature of Judicial Officer

Craig B. Shaffer, U.S. Magistrate Judge
Name & Title of Judicial Officer

1/20/06
Date